# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ramos, Nelva G. | U.S. District Court, Southern District of Texas | 05/05/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

1133 North Shoreline Blvd.
Corpus Christi, Texas 78401

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2001 | State of Texas Judicial Retirement Plans |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/05/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Onyx Engineering--Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/05/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Nelva G.** | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo Bank (cash) | A | Interest | J | T | | | | | |
| 3. Plains Capital (cash) | A | Interest | J | T | | | | | |
| 4. New York Life Insurance Company - Whole Life | | None | K | T | | | | | |
| 5. Account #1 (H) | | | | | | | | | |
| 6. Franklin Equity Income Fund CL A (FISEX) | A | Dividend | K | T | | | | | |
| 7. Franklin Growth Fund CL A (FKGRX) | B | Dividend | K | T | | | | | |
| 8. Franklin Growth Opptys Fd Cl A (FGRAX) | A | Dividend | K | T | | | | | |
| 9. Franklin High Income Fund A (FCHIX) | A | Dividend | J | T | | | | | |
| 10. Franklin Managed Income CL A (FBLAX) | B | Dividend | K | T | | | | | |
| 11. Franklin Mutual Global Discovery Fund CL A (TEDIX) | A | Dividend | J | T | | | | | |
| 12. Franklin Mutual Shares Fund CL A (TESIX) | A | Dividend | J | T | | | | | |
| 13. Franklin Rising Dividends Fund CL A (FRDPX) | A | Dividend | J | T | | | | | |
| 14. Franklin Small-Mid Cap Grwth A (FRSGX) | C | Dividend | K | T | | | | | |
| 15. Templeton Growth Fund CL A (TEPLX) | A | Dividend | K | T | | | | | |
| 16. Franklin Total Return Fund CL A (FKBAX) | A | Dividend | K | T | | | | | |
| 17. Franklin U S Government Securities Fund CL A (FKUSX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Account #2 (H) | | | | | | | | | |
| 19. Franklin Growth Fund CL A (FGRAX) | A | Dividend | J | T | | | | | |
| 20. Templeton Foreign Fund CL A (TFFAX) | A | Dividend | J | T | | | | | |
| 21. Templeton Global Smaller Companies Fund CL A (TEMGX) | A | Dividend | J | T | | | | | |
| 22. Templeton Growth Fund CL A (TEPLX) | A | Dividend | J | T | | | | | |
| 23. Templeton World Fund CL A (TEMWX) | | None | J | T | | | | | |
| 24. Franklin Total Return A (FKBAX) | A | Dividend | J | T | | | | | |
| 25. Franklin US Govt Secs A (FKUSX) | A | Dividend | J | T | | | | | |
| 26. Account #3 (H) | | | | | | | | | |
| 27. Ark Genomic Revolution ETF (ARKG) | A | Dividend | L | T | Buy | 09/25/20 | J | | |
| 28. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 29. | | | | | Sold<br>(part) | 11/13/20 | J | A | |
| 30. | | | | | Buy<br>(add'l) | 12/11/20 | K | | |
| 31. Ark Innovation ETF (ARKK) | C | Dividend | M | T | Buy | 06/01/20 | K | | |
| 32. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 33. | | | | | Sold<br>(part) | 07/23/20 | J | A | |
| 34. | | | | | Sold<br>(part) | 09/25/20 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 10/22/20 | K | | |
| 36. | | | | | Buy<br>(add'l) | 11/13/20 | L | | |
| 37. | | | | | Buy<br>(add'l) | 11/30/20 | K | | |
| 38. | | | | | Sold<br>(part) | 12/11/20 | K | D | |
| 39. Ark Next Generation Internet ETF (ARKW) | A | Dividend | L | T | Buy | 09/25/20 | J | | |
| 40. | | | | | Buy<br>(add'l) | 10/22/20 | J | | |
| 41. | | | | | Buy<br>(add'l) | 12/11/20 | K | | |
| 42. | | | | | Sold<br>(part) | 11/30/20 | J | A | |
| 43. Cohen & Steers Preferred SEC & Income<br>FD CL I (CPXIX) | B | Dividend | | | Sold<br>(part) | 03/09/20 | J | A | |
| 44. | | | | | Sold<br>(part) | 04/30/20 | J | | |
| 45. | | | | | Buy<br>(add'l) | 05/07/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 07/23/20 | K | | |
| 47. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 48. | | | | | Sold | 10/22/20 | L | C | |
| 49. Cohen & Steers Low Duration Preferred &<br>Inc Fd Cl I (LPXIX) | A | Dividend | | | Buy | 05/07/20 | J | | |
| 50. | | | | | Sold | 07/23/20 | J | A | |
| 51. Doubleline Shiller Enh Cape Fd (DSEEX) | A | Dividend | | | Buy<br>(add'l) | 01/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 53. | | | | | Sold | 03/25/20 | J | | |
| 54.    Invesco QQQ (QQQ) | A | Dividend | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 55. | | | | | Buy<br>(add'l) | 03/25/20 | K | | |
| 56. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 57. | | | | | Sold<br>(part) | 07/01/20 | J | C | |
| 58. | | | | | Sold<br>(part) | 09/25/20 | J | C | |
| 59. | | | | | Buy<br>(add'l) | 10/22/20 | K | | |
| 60. | | | | | Sold<br>(part) | 11/13/20 | K | D | |
| 61. | | | | | Sold<br>(part) | 11/30/20 | K | D | |
| 62. | | | | | Sold | 12/11/20 | K | B | |
| 63.    Ishares Core S&P 500 ETF (IVV) | A | Dividend | | | Buy | 03/09/20 | K | | |
| 64. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 65. | | | | | Sold | 04/30/20 | K | C | |
| 66.    Ishares Trust Es Aware MSCI USA ETF<br>(ESGU) | A | Dividend | | | Buy | 04/30/20 | K | | |
| 67. | | | | | Sold<br>(part) | 06/01/20 | K | B | |
| 68. | | | | | Sold<br>(part) | 09/25/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 70. | | | | | Sold | 11/13/20 | K | D | |
| 71. Lord Abbett Bond Debenture Fd Cl F (LBDFX) | A | Dividend | | | Sold (part) | 01/21/20 | J | A | |
| 72. | | | | | Sold (part) | 03/09/20 | J | A | |
| 73. | | | | | Buy (add'l) | 05/08/20 | J | | |
| 74. | | | | | Sold | 07/23/20 | K | A | |
| 75. Lord Abbett High Yield Fund Cl F (LHYFX) | A | Dividend | | | Buy | 05/08/20 | J | | |
| 76. | | | | | Sold | 07/23/20 | J | A | |
| 77. Pimco Income Fund CL 12 (PONPX) | A | Dividend | | | Sold (part) | 03/09/20 | J | | |
| 78. | | | | | Sold (part) | 03/25/20 | J | | |
| 79. | | | | | Sold | 05/07/20 | K | | |
| 80. Vanguard 500 Index Fund (VOO) | A | Dividend | | | Buy (add'l) | 01/21/20 | J | | |
| 81. | | | | | Sold | 03/09/20 | K | | |
| 82. Account #4 (H) | | | | | | | | | |
| 83. Edward Jones Money Market (JRSXX) (cash equivalent) | A | Dividend | K | T | | | | | |
| 84. FT Bld Amer Bds 10-20 Yr #11 (VKBTHX) | A | Interest | J | T | | | | | |
| 85. Franklin Fed Tax - Free Income A (FKTIX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/05/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Account #5 (H) | | | | | | | | | |
| 87. Edward Jones Cash (cash) | | None | J | T | Open | 12/28/20 | J | | |
| 88. Franklin Mod Alloc Age 13-16 A | | None | J | T | Sold (part) | 09/01/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ramos, Nelva G.** | 05/05/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Ramos, Nelva G. | 05/05/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nelva G. Ramos**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544